THE STATE, EX REL. FREEMAN, APPELLANT, v. VALENTINE, APPELLEE.

(No. 70-690—Decided March 3, 1971.)

*Mr. Jerome B. Freeman, in propria persona.*

*Mr. Melvin G. Rueger,* prosecuting attorney, and *Mr. Leonard Kirschner,* for appellee.

*Per Curiam.* Mandamus lies only to compel the performance of an act which is clearly enjoined by law upon a respondent. Here, the respondent did not have possession of the property which relator sought to have returned to him by this action in mandamus.

The judgment of the Court of Appeals is affirmed.

*Judgment affirmed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, DUNCAN, CORRIGAN, STERN and LEACH, JJ., concur.